UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81222-CIV-SINGHAL

STEPHANIE MARIA GREEN, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

PERSONAL WEALTH KNOWLEDGE
SOLUTIONS, LLC d/b/a SIGNATURE
PREFERRED, a Delaware Corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal filed by Plaintiff (DE [5]).  The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** the claims of Plaintiff Stephanie Maria Green ("Plaintiff"), in her individual capacity, are **DISMISSED WITH PREJUDICE** and all class claims alleged against Defendant are **DISMISSED WITHOUT PREJUDICE**. Each party shall be responsible for bearing its own expenses, costs of litigation and attorney's fees. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 31st day of August 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF